James R. Sigel (CA State Bar No. 288478)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111-4701
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email: JamesSigel@dwt.com

Attorney for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON,<br><br>           Plaintiff,<br><br>v.<br><br>ENTERTAINMENT ONE UK LIMITED; SIMON OSBORN; APPLE INC.; APPLE INC. D/B/A ITUNES; APPLE INC. D/B/A ITUNES STORE; GOOGLE LLC.; GOOGLE LLC. D/B/A GOOGLE PLAY; YOUTUBE LLC; ALPHABET INC.; and DOES 1 - 26,<br><br>           Defendants. | CASE NO.: 3:25-cv-01083-TLT<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Civil Rules 6-2 and 7-12, Plaintiff Mark Mahon ("Plaintiff") and Defendant Apple Inc. ("Apple") hereby stipulate as follows:

WHEREAS, on February 3, 2025, Plaintiff commenced the above-captioned proceeding Apple, among other defendants, and obtained a summons, *see* Dkt. Nos. 1-2;

WHEREAS, on February 5, 2025, Plaintiff filed his first amended complaint, *see* Dkt. No. 8;

WHEREAS, on February 21, 2025, Plaintiff served Apple with a copy of the original summons and first amended complaint, and Apple does not and will not challenge the sufficiency of service, including but not limited to service of the summons, first amended complaint, and any accompanying exhibits, at any stage of these proceedings, *see* Dkt. Nos. 14 & 18;

WHEREAS, Plaintiff and Apple wish to set an April 8, 2025 deadline for Apple to respond to Plaintiff's first amended complaint, thereby aligning Apple's response date with that of Defendants Alphabet Inc, Google LLC, and YouTube LLC, *see* Dkt Nos. 23-25;

NOW THEREFORE, PLAINTIFF AND APPLE HEREBY STIPULATE, subject to the approval of this Court, that April 8, 2025 is the deadline for Apple to move to respond to Plaintiff's first amended complaint.

DATED: March 5, 2025                    Respectfully submitted,


/s/ *James R. Sigel*
James R. Sigel (CA State Bar No. 288478)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111-4701
Telephone:    (415) 276-6500
Email: JamesSigel@dwt.com

*Attorney for Defendant Apple Inc.*


/s/ *Mark Mahon*
Mark Mahon
Mariners Rest, Mariners View Avenue
Passage West, Cork, Ireland
(353) 87-742-4444
Email: movieman1000@live.com
PRO SE PLAINTIFF

2

PARTIES' STIPULATED MOTION TO EXTEND
Case No. 3:25-cv-01083

## **ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1(i)(3)**

Pursuant to Local Civil Rule 5-1(i)(3), I certify under penalty of perjury that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *James R. Sigel*
JAMES R. SIGEL

PARTIES' STIPULATED MOTION TO EXTEND
Case No. 3:25-cv-01083

Davis Wright Tremaine LLP
LAW OFFICES
50 California Street, 23rd Floor
San Francisco, California 94111

## [PROPOSED] STIPULATED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for Apple to respond to Plaintiff's first amended complaint shall be extended to April 8, 2025.

Dated: March 5, 2025

_____
HON. TRINA L. THOMPSON
United States District Judge